DORSEY & WHITNEY LLP
Bruce R. Ewing
Jonathan Montcalm
51 West 52nd Street
New York, New York 10019
(212) 415-9200

Attorneys for Plaintiff
BB Brand Holdings LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BB BRAND HOLDINGS LLC, <br><br> Plaintiff, <br><br> -v- <br><br> CENTRIC BRANDS INC. and CENTRIC-BEBE LLC, <br><br> Defendants. | Case No. 19 Civ. <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff BB Brand Holdings LLC hereby states that it is co-owned by bebe stores, inc., a publicly traded company, and Bluestar Alliance, LLC, a limited liability company organized under the laws of the State of New York.

Dated: New York, New York
       March 13, 2019

DORSEY & WHITNEY LLP

By:  *s/ Bruce R. Ewing*
     Bruce R. Ewing
     Jonathan Montcalm
     51 West 52nd Street
     New York, New York 10019
     (212) 415-9200
     ewing.bruce@dorsey.com
     montcalm.jonathan@dorsey.com

     *Attorneys for Plaintiff BB Brand Holdings LLC*